### 4

Charley CARMICHAEL v. STATE. (No. 9056.) (Court of Criminal Appeals of Texas. May 13, 1925.) Commissioners' Decision. Appeal from District Court, Erath County; J. B. Keith, Judge. Oxford & Johnson, of Stephenville, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

BERRY, J. Appellant was convicted in the district court of Erath county for the offense of negligent homicide, and his punishment assessed at a fine of $1,000. and one hour in jail. The record is before us without a statement of facts or bills of exception. The indictment charges the appellant with the offense of murder, and the verdict is one that could have been rendered under this indictment. There being nothing else before this court for review, it is our opinion that the judgment of the trial court should be affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

═══

1

Clark CARPENTER v. STATE. (No. 9012.) (Court of Criminal Appeals of Texas. May 6, 1925.) Appeal from McLennan County Court; Giles P. Lester, Judge. R. W. Cowan, of Mart, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. From conviction in the county court of McLennan county for carrying a pistol this appeal is brought. There are no bills of exception in the record. The testimony for the State sufficiently shows appellant, in possession of a pistol on the street in the town of Mart, McLennan county, Tex. The charge of the court follows the information which sufficiently states an offense against the law. Finding no error in the record, the judgment will be affirmed.

═══

2

C. R. CRAWFORD v. STATE. (No. 9091.) (Court of Criminal Appeals of Texas. May 20, 1925.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Paul Greene, of Dallas, for appellant. Shelby S. Cox, Dist. Atty., of Dallas, and Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J., The offense is the driving of an automobile upon the streets of an incorporated city while under the influence of intoxicating liquor; punishment fixed at confinement in the county jail for a period of 90 days. The indictment is not dissimilar from that in Scoggins v. State (Tex. Cr. App.) 266 S. W. 513. The facts are not before this court, neither are the complaints of the rulings of the trial court brought forward by bills of exception. We have not perceived or been referred to anything which demands or authorizes a reversal of the judgment. It is therefore affirmed.

═══

3